*Judge Rakoff*

07 CIV 7735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,                :
                                             :
                    Plaintiff,               :   **ECF**
                                             :   **RULE 7.1 STATEMENT**
         -against-                           :
                                             :
SHENGYUAN INTERNATIONAL                      :
LOGISTICS CO., LTD.,                         :
                                             :
                    Defendant.               :
------------------------------------x

RECEIVED AUG 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, NORTH CHINA SHIPPING LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         August 30, 2007

                                   CARDILLO & CORBETT
                                   Attorneys for Plaintiff
                                   NORTH CHINA SHIPPING LIMITED

                              By:  _____
                                   James P. Rau (JR 7209)

                                   Office and P.O. Address
                                   29 Broadway, Suite 1710
                                   New York, New York 10006
                                   Tel: (212) 344-0464
                                   Fax: (212) 797-1212