UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NORTH CHINA SHIPPING LIMITED,           :
                                        :   ECF
                    Plaintiff,          :   ORDER APPOINTING
                                        :   PERSON TO SERVE
        -against-                       :   PROCESS
                                        :   07 Civ. 7735 (JSR)
SHENGYUAN INTERNATIONAL                 :
LOGISTICS CO., LTD.,                    :
                                        :
                    Defendant.          :
----------------------------------------x

  Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

  Upon reading the Affidavit of James P. Rau, sworn to August 30, 2007, and good cause having been shown,

  IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
   August 31, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,
          CLERK _____
            United State District Judge
BY_____
 DEPUTY CLERK