UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,

               Plaintiff,

   -against-

SHENGYUAN INTERNATIONAL
LOGISTICS CO., LTD.,

               Defendant.
------------------------------------x

ECF

**ORDER APPOINTING PERSON TO SERVE PROCESS**

07 Civ. 7735 (JSR)

     Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

     Upon reading the Affidavit of James P. Rau, sworn to August 30, 2007, and good cause having been shown,

     IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
      August 31, 2007

CLERK _____
United State District Judge

Returned to chambers for scanning on 9/6/07
Scanned by chambers on _____