UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,          :
                                       :   **ECF**
                        Plaintiff,     :   **AFFIDAVIT PURSUANT**
                                       :   **TO SUPPLEMENTAL**
             -against-                 :   **RULE B**
                                       :   **07 Civ.** 7735 (JSR)
SHENGYUAN INTERNATIONAL                :
LOGISTICS CO., LTD.,                   :
                                       :
                        Defendant.     :
------------------------------------x

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )


        JAMES P. RAU, being duly sworn, deposes and
says:

        1.  I am a member of the Bar of this Court and a
member of the firm of Cardillo & Corbett, attorneys for the
Plaintiff herein.  I am familiar with the facts of this case
and make this affidavit in support of Plaintiff's prayer for
the issuance of a Writ of Maritime Attachment and Garnishment,
pursuant to Rule B of the Supplemental Rules for Certain
Admiralty and Maritime Claims of the Federal Rules of Civil
Procedure.

        2.  I have attempted to locate defendant, SHENGYUAN
INTERNATIONAL LOGISTICS CO., LTD., within this District.  As
part of my investigation to locate the Defendant within this
District, I examined the telephone company information

directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3.    The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4.    On information and belief, Defendant, SHENGYUAN INTERNATIONAL LOGISTICS CO., LTD., was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at  Room 906-908, Jinfang Building, 33 Chifeng Road, Heping District, Tianjin, China 300041.

5.    In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6.    Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

a)     accounts in the name of SHENGYUAN INTERNATIONAL LOGISTICS CO., LTD., or

b)     electronic funds transfers listing SHENGYUAN INTERNATIONAL LOGISTICS CO., LTD., as a beneficiary of the funds transfer, or

c)     electronic funds transfers showing SHENGYUAN INTERNATIONAL LOGISTICS CO., LTD., as the remitting party or ordering customer.

7.   This is North China Shipping Limited's first request for this relief.

WHEREFORE, NORTH CHINA SHIPPING LIMITED respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of SHENGYUAN INTERNATIONAL LOGISTICS CO., LTD.'s tangible and intangible property within this District.

JAMES P. RAU

Sworn to before me this
30th day of August, 2007

NOTARY PUBLIC
CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3