```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING LIMITED,        :

                Plaintiff,           :
                                           NOTICE OF DISMISSAL
        v.                           :     PURSUANT TO FRCP
                                           RULE 41(a)(1)
SHENGYUAN INTERNATIONAL              :     07 Civ. 7735 (JSR)
LOGISTICS CO., LTD.,
                                     :

                Defendant.           :
------------------------------------x
```

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
         November 27, 2007

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff
                                NORTH CHINA SHIPPING LIMITED

                          By:   /s/ Tulio R. Prieto
                                Tulio R. Prieto (TP 8455)

                                Office and P.O. Address
                                29 Broadway, Suite 1710
                                New York, New York 10006
                                Tel: (212) 344-0464

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07

SO ORDERED

/s/ JSR
USDJ
11-29-07